ALBERT BRADICK, Respondent, v. RUDOLPH H. DEETJEN et al., Appellants.— To establish the allegations of completely false presentation of actual partnership affairs in connection with the agreements and the release, plaintiff was

entitled to (a), (b), (c), (d) and (f). Order unanimously modified accordingly and, as so modified, affirmed, with $20 costs and disbursements to the plaintiff-respondent. Settle order on notice. Present — Peck, P. J., Dore, Callahan, Breitel and Bastow, JJ.